IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-783-FDW-DCK

| ELIZABETH WOOTEN SCHMITZ, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| BENEFITFOCUS.COM, INC. and | ) |  |
| HARTFORD LIFE AND ACCIDENT | ) |  |
| INSURANCE COMPANY a/k/a THE | ) |  |
| HARTFORD, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Rebecca Gauthier, concerning Jennifer H. Thiem on November 29, 2016. Ms. Jennifer H. Thiem seeks to appear as counsel *pro hac vice* for Defendant BenefitFocus.com, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED.** Ms. Jennifer H. Thiem is hereby admitted *pro hac vice* to represent Defendant BenefitFocus.com, Inc.

**SO ORDERED**.

Signed: November 29, 2016

_____
David C. Keesler
United States Magistrate Judge