**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-783-DCK**

| | | |
|---|---|---|
| ELIZABETH WOOTEN SCHMITZ, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BENEFITFOCUS.COM, INC., and | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, a/k/a THE | ) | |
| HARTFORD, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Raymond E. Owens, Jr., filed a "Certification Of Mediation Session" (Document No. 31) notifying the Court that the parties reached a settlement on May 16, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **June 16, 2017**.

**SO ORDERED**.

Signed: May 23, 2017

David C. Keesler
United States Magistrate Judge